United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**ROBERT A. KATZMANN**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: January 07, 2015
Docket #: 14-4233op
Short Title: In re: Office of the Commissio

DC Docket #: 12-cv-3704
DC Court: SDNY (NEW YORK CITY)
DC Judge: Peck
DC Judge: Scheindlin

## NOTICE OF MOTION PLACED ON THE CALENDAR

A petition for writ of mandamus filed in the above-referenced case has been added as a submitted case to the substantive motions calendar for Tuesday, January 20, 2015.

Inquiries regarding this case may be directed to 212-857-8595.