S.D.N.Y.–N.Y.C.
12-cv-3704
Scheindlin, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of January, two thousand fifteen.

Present:
> Pierre N. Leval,
> Rosemary S. Pooler,
> Denny Chin,
> > *Circuit Judges*.

| | |
|---|---|
| In re Office of the Commissioner of Baseball, et al., | 14-4233 |
| *Petitioners*. | |

Petitioners have filed a petition for a writ of mandamus. Upon due consideration, it is hereby ORDERED that the mandamus petition is DENIED because Petitioners have not demonstrated that exceptional circumstances warrant the requested relief. *See Cheney v. United States Dist. Court for D.C.*, 542 U.S. 367, 380−81 (2004); *In re von Bulow*, 828 F.2d 94, 96−97 (2d Cir. 1987).

> FOR THE COURT:
> Catherine O'Hagan Wolfe, Clerk

